# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE R. WHEELER,<br><br>    Petitioner,<br><br> v.<br><br>JOE LIZARRAGA, Warden,<br><br>    Respondent. | Case No. 1:15-cv-00663-AWI-SKO  HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION<br><br><br>(Docs. 19 and 20) |

  Petitioner is a state prisoner proceeding *pro se* whose petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 was denied on September 8, 2015.  Because this Court previously denied a petition for writ of habeas corpus arising from the same conviction and because Petitioner had not petitioned the Ninth Circuit Court of Appeals for leave to file a second or successive petition, applicable law required the Court to dismiss the petition for lack of jurisdiction.  *See* 28 U.S.C. § 2244(b).  Petitioner has now filed a letter requesting reconsideration.

  As detailed in the Magistrate Judge's Findings and Recommendation (Doc. 14), the District Court lacks jurisdiction to address the petition filed in this case.  Because Petitioner has already filed a petition for habeas corpus related to the same conviction, he cannot file another petition in the District Court without first obtaining permission (leave to file a second or successive complaint) from the U.S. Court of Appeals for the Ninth Circuit.

  Petitioner's motion for reconsideration of the Court's dismissal of his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is hereby denied.

IT IS SO ORDERED.

Dated: October 9, 2015         /s/ signature

                    SENIOR  DISTRICT  JUDGE